UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SERGO KHASAIA, § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> WARDEN, EL PASO CAMP EAST § <br> MONTAN DETENTION FACILITY; § <br> MARY DE ANA YBARRA, IN HER § <br> OFFICIAL CAPACITY AS FIELD § <br> DIRECTOR OF THE IMMIGRATION § <br> AND CUSTOMS ENFORCEMENT § <br> (ICE); KRISTI NOEM, IN HER § <br> OFFICIAL CAPACITY AS § <br> SECRETARY OF THE DEPARTMENT § <br> OF HOMELAND SECURITY (DHS); § <br> PAMELA BONDI, ATTORNEY § <br> GENERAL (AG); and CHIEF LAW § <br> ENFORCEMENT FOR THE § <br> DEPARTMENT OF JUSTICE, § <br> § <br> *Respondents*. § | No. 3:25-CV-00754-LS |

## ORDER FOR SERVICE

Petitioner Sergo Khasaia challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **January 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 30, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**