# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **SERGO KHASAIA,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**WARDEN, EL PASO CAMP EAST MONTANA DETENTION FACILITY; MARY DE ANA YBARRA, IN HER OFFICIAL CAPACITY AS FIELD DIRECTOR OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY ("DHS"); PAMELA BONDI, ATTORNEY GENERAL; AND CHIEF LAW ENFORCEMENT FOR THE DEPARTMENT OF JUSTICE ("DOJ"),**<br><br>***Respondents*****.** | § § § § § § § § § § § § § § § § § § § § § § | **No. 3:25-CV-00754-LS** |

## ORDER DISMISSING CASE

The Government notified the Court that Petitioner is no longer in custody because his asylum application was granted.[1] Petitioner filed a petition for a writ of habeas corpus challenging his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, the petition is moot.[3] The Court therefore denies Petitioner's writ of habeas

---

[1] ECF No. 7.

[2] ECF No. 1.

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

corpus, dismisses this case as moot, and denies all pending motions as moot. **THE CLERK SHALL CLOSE THIS CASE**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**